

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2020

No. 04-19-00880-CV

**EW WELLS GROUP, LLC.,**
Appellant

v.

**FONG SINN CONSTRUCTION, LLC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI11489
Honorable Laura Salinas, Judge Presiding

## O R D E R

On April 17, 2020, appellee filed its second, unopposed motion for a thirty-one-day extension of time to file appellee's brief. The motion is GRANTED. It is ORDERED that the appellee's brief is due no later than May 18, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court